**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Apatel@apatellaw.com                                                                Telephone 212-349-0230

**By Email and ECF (redacted)**
**Hard Copy to Chambers by U.S. Mail**

*I understand from the Marshals that Mr. Madonna will be staying put.*

November 19, 2019

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

*11/22/19*

        Re: <u>United States v. Matthew Madonna</u>
           17 Cr. 89 (CS)

Dear Judge Seibel:

  The letter is respectfully submitted to request that Your Honor direct the United States Marshals Service to continue housing Mr. Madonna at the Westchester County Jail in Valhalla, New York.

  In March of this year, was transferred from the MDC to Valhalla. The staff at the Valhalla facility determined that it was appropriate to house Mr. Madonna in the Infirmary Unit [redacted]. As Your Honor knows, Mr. Madonna is 84 years old. He walks with a cane [redacted]. The care that Mr. Madonna has been receiving in the Infirmary Unit enabled him to attend every day of a lengthy trial. Neither the MCC, nor the MDC, have medical housing units.

  To ensure that Mr. Madonna continues to receive appropriate medical treatment, we respectfully request that Your Honor direct the United States Marshals Service to continue to house Mr. Madonna in the Valhalla facility at least through sentencing and designation to a Bureau of Prisons facility. I have been advised by Assistant United States Attorney Celia Cohen, that the Government takes no position on this request.

           Respectfully submitted,
            /s/Andrew Patel
           Andrew G. Patel
           Joshua L. Dratel
           *Counsel for Matthew Madonna*

cc: All Counsel (by email)