UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
        United States of America,

                                       Notice of Adjournment
                                          of Sentencing
       -against-

                                          7:17-CR-00089 (CS)

Christopher Londonio (1), Terrance Caldwell (2),
Matthew Madonna (3), and Steven Crea, Sr. (4),
                                      Defendant(s).
----------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **June 18, 2020 at 9:30 a.m.** is adjourned to **July 27, 2020 at 9:30 a.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                               /s/ Walter Clark, Courtroom Deputy

Dated: June 1, 2020
       White Plains, New York