**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
apatel@apatellaw.com
Fax 646-304-6604                                                                    **Telephone 212-349-0230**

**By ECF**

July 27, 2020

The Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

                                    Re:     United States v. Matthew Madonna
                                            17 Cr. 89 (CS)

Dear Judge Seibel:

      This letter is respectfully submitted to request that Mr. Madonna be permitted to proceed on the appeal of this matter *In Forma Pauperis*.  A proposed Order is attached for Your Honor's consideration.

                                    Respectfully submitted,


                                     /s/Andrew Patel
                                    Andrew G. Patel


encl.

cc:     All counsel by ECF