UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -v.- | : | Order To Proceed *In Forma Pauperis* |
| MATTHEW MADONNA, | : | |
| Defendant, | : | 17 Cr. 89 (CS) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Matthew Madonna was found to be indigent and to qualify for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. 3006A, by the Honorable Judith C. McCarthy, United States Magistrate Judge, on May 31, 2017.  See Docket Entry No. 44.

     Matthew Madonna was found to have insufficient funds to pay a fine at sentencing by this Court.

     It is therefore Ordered that Matthew Madonna may proceed on the appeal of this matter *in forma pauperis* without payment of cost or fee or the necessity of giving security therefore.

Dated: White Plains, New York
      July 27 , 2020

                              SO ORDERED.

                              *Cathy Seibel*
                              CATHY SEIBEL, U.S.D.J.