LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS

July 30, 2020

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

        Re:    *United States v. Matthew Madonna*,
                   S3 17 Cr. 89 (CS)

Dear Judge Seibel:

      This letter is submitted on behalf of defendant Matthew Madonna, whom Andrew G. Patel, Esq., and I represent in the above-entitled case. Pursuant to Rule 35(a), Fed.R.Crim.P., Mr. Madonna respectfully moves the Court to correct the "technical, or other clear error" in the Court's sentence with respect to Count One which, for the reasons stated in the July 30, 2020, letter from Anthony DiPietro, Esq. – which Mr. Madonna adopts and joins – is limited to a maximum of 20 years' imprisonment.

                                                Respectfully submitted,

                                                Joshua L. Dratel
                                                Andrew G. Patel
                                                *Attorneys for Defendant Matthew Madonna*

JLD/