UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        -v.-                                    ORDER

MATTHEW MADONNA, *et al.*,             17-CR-89

                Defendants.
-------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record on May 5, 2022 and June 13, 2022, the motion for a new trial of Defendants Madonna, Crea Sr., Londonio and Caldwell, (ECF No. 1214), is denied.

SO ORDERED.

Dated:  June 13, 2022
            White Plains, New York

                                                                     _____
                                                                     CATHY SEIBEL, U.S.D.J.